IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**COREY LEON RANKINS, #141674**          **PLAINTIFF**

v.          **CAUSE NO. 1:16-cv-419-LG-RHW**

**MISSISSIPPI DEPARTMENT OF
CORRECTIONS and ALICIA BOX**          **DEFENDANTS**

## FINAL JUDGMENT

Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

**IT IS, HEREBY ORDERED AND ADJUDGED** that Rankins's habeas corpus claims are **DISMISSED WITHOUT PREJUDICE** to Rankins's pursuit of those claims in his pending habeas corpus case, *Rankins v. MDOC*, 1:17-cv-74-HSO-LRA (S.D. Miss.).

**IT IS, FURTHER, ORDERED AND ADJUDGED** that Rankins's § 1983 claims are **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915 (e)(2)(B)(ii).

**IT IS, FURTHER, ORDERED AND ADJUDGED** that this dismissal will count as a "strike" in accordance with the Prison Litigation Reform Act. *See* 28 U.S.C. § 1915 (g).

**SO ORDERED AND ADJUDGED** this the 6th day of April, 2017.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE